UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :
          -against-                                        :   93 Cr. 203-5 (LGS)
                                                             :
CURT HERRERA,                                                :   **ORDER**
                                  Defendant.   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on November 21, 2014, Defendant Herrera filed a motion for relief under Federal Rule of Civil Procedure 60(b)(6) (Dkt. No. 163);

      WHEREAS, on June 23, 2016, Defendant Herrera filed a motion to appoint counsel (Dkt. No. 166);

      WHEREAS, on April 9, 2020, the case was reassigned to this Court (Dkt. No. 172). It is hereby

      **ORDERED** that the Government shall file a response to both motions by **May 28, 2020**. The Government is directed to email if possible and mail a copy of this order to Defendant Herrera and file proof of service by **May 16, 2020**.

Dated: May 14, 2020
       New York, New York

                                            LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE