UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CURT HERRERA,<br><br>       Plaintiff,<br><br>   -against-<br><br>UNITED STATES OF AMERICA,<br><br>       Respondent. | 20 Civ. 2957 (LGS)<br><br>93 Crim. 203 (LGS)<br><br>ORDER |

LORNA G. SCHOFIELD, United States District Judge:

  WHEREAS, Plaintiff has filed a letter motion requesting the Court appoint counsel to assist him in moving for a sentence reduction due to risks associated with the COVID-19 pandemic (Case No. 20 Civ. 2957, Dkt. No. 20). It is hereby

  **ORDERED** that by **January 22, 2021**, the U.S. Attorney's Office shall file a letter response. No reply shall be filed.

  The Clerk of Court is respectfully directed to (1) electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued; (2) mail a copy of this order to pro se Plaintiff and (3) docket this order and Plaintiff's letter motion in the criminal case, No. 93 Crim. 203.

  All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

Dated: January 11, 2021
   New York, New York

                     _____
                     LORNA G. SCHOFIELD
                     UNITED STATES DISTRICT JUDGE