UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
UNITED STATES OF AMERICA,                                    :
                                Plaintiff,    :         93 Cr. 203-05 (LGS)
                                                             :
           -against-                                        :         20 Civ. 2957 (LGS)
                                                             :
CURT HERRERA,                                                :         <u>ORDER</u>
                               Defendant,  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS Defendant filed a letter dated December 16, 2020, seeking the appointment of counsel for the filing of motion for a sentence reduction or compassionate release. (20 civ. 2957 (LGS) at Dkt. No. 20)

      WHEREAS the Government "believes that the defendant can demonstrate extraordinary and compelling reasons for a sentence reduction, but the Government would oppose a motion for compassionate release on the merits…" (93 Cr. 203-05 at Dkt. No. 189)   It is hereby

      **ORDERED** that Mr. Florian Miedel, CJA counsel on duty today, is appointed for the limited purpose drafting and filing a motion for a sentence reduction and/or compassionate release.

      The Clerk of the Court is directed to mail a copy of this Order to the Defendant.

Dated: February 23, 2021
New York, New York

                                                   LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE