> Defendant's application is GRANTED. Defendant shall file his motion for a sentence reduction and/or compassionate release by May 21, 2021. The Government shall file a response by May 28, 2021.
>
> The Clerk of Court is respectfully directed to terminate the motion at Dkt. No. 203.
>
> SO ORDERED.
>
> Dated: April 12, 2021
> New York, NY
>
> *Lorna G. Schofield*
> **UNITED STATES DISTRICT JUDGE**

April 12, 2021

Hon. Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Curt Herrera, 93-CR-203 (LGS)

Dear Judge Schofield:

At the end of February, the Court appointed me to represent Mr. Herrera "for the limited purpose of drafting and filing a motion for a sentence reduction and/or compassionate release." Doc. 191. It set the due date for the filing of a such a motion for April 15.

I have received a number of materials from Mr. Herrera that would be useful for this motion, but am still awaiting additional documents that I believe would be helpful to the Court in adjudicating the motion. Accordingly, I respectfully request that the Court set May 21, 2021 as a due date for the filing of a compassionate release motion. The government has indicated that it would like one week to file a response.

Thank you for your consideration.
.

Respectfully,

/s/

Florian Miedel
*Attorney for Curt Herrera*

Cc:   AUSA Brandon Harper